UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21258-CIV-SEITZ/O'SULLIVAN

THEODORE WITHERSPOON,

   Plaintiff,

v.

MARCUS DANIEL JIMENEZ, ROGER
POWELL, *et al.*,

   Defendants.
_____/

## ORDER (1) AFFIRMING PRELIMINARY REPORT; AND (2) RE-REFERRING PLAINTIFF'S CLAIM TO MAGISTRATE WHITE

THIS MATTER is before the Court upon Magistrate Judge Patrick A. White's Preliminary Report [DE-6], recommending that Petitioner Theodore Witherspoon's civil rights complaint be allowed to proceed against Defendant AUSA Roger Powell and be dismissed as to all remaining defendants. Magistrate Judge White has reviewed Plaintiff's Complaint and found that, liberally construed, Plaintiff's Complaint states a claim for malicious prosecution only as to Defendant AUSA Roger Powell. Having carefully reviewed, *de novo*, Magistrate Judge Patrick A. White's Report and the record, and Plaintiff's "Motion in Partial Concurrence and Partial Disagreement"[1] [DE-11], it is hereby

   ORDERED that:

   (1) The above-mentioned Report of Magistrate Judge [DE-6] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

---

[1] Plaintiff does not object to Magistrate Judge White's recommendation that the case proceed against Defendant AUSA Roger Powell or to the dismissal of all other defendants. Plaintiff's "partial disagreement" addresses Magistrate Judge White's statement that "it appears that it will be difficult for the plaintiff to show the absence of probable cause" element of his malicious prosecution claim [DE-6, p. 5.] In his motion, Plaintiff sets forth why he believes Defendant AUSA Roger Powell did not have probable cause. Defendant AUSA Roger Powell may respond to Plaintiff's argument in his response to Plaintiff's Complaint, which is due September 12, 2008.

1

(2) Plaintiff's Complaint [DE-1] is RE-REFERRED to United States Magistrate Judge Patrick A. White pursuant to Rule 1 of the Magistrate Rules of the Southern District of Florida to obtain additional information necessary as to Plaintiff's claim of Malicious Prosecution against Defendant AUSA Roger Powell; and

(3) To assist in the expeditious disposition of this matter, it shall be the duty of the respective parties in this case to note on all materials necessary to the resolution of the referred matters the name of Magistrate Judge White on the case number caption (CASE NO. 08-21258-CIV-SEITZ/WHITE). The parties shall also direct courtesy copies of such materials to Judge White's Chambers.

DONE and ORDERED in Miami, Florida, this 5TH day of August, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record/*Pro Se* Parties
Magistrate Judge White